IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

No. 3:08-cr-00228-MO-1

v.

OPINION AND ORDER

**OSCAR FRANCISCO MACIAS-OVALLE,**

       Defendant.

**MOSMAN, J.**,

      Defendant has filed a Motion to Modify and Reduce Sentence [499] pursuant to 18 U.S.C. § 3582.  For the reasons stated in my Opinions in *United States v. Heckman*, 3:10-cr-00143-MO-1 [48] and *United States v. Padilla-Diaz*, 3:08-cr-00126-MO-2 [322], Defendant's Motion is DENIED.

      IT IS SO ORDERED.

      DATED this  24   day of January, 2017.

                                                   /s/ Michael W. Mosman
                                                   MICHAEL W. MOSMAN
                                                   Chief United States District Judge

1 – OPINION AND ORDER